UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
CHARLA ELLIS, BRANDON YATES,      )
JOSEPH HILTON and                 )
JEARLYN MARTIN, Individually      )
and on Behalf of All Others       )
Similarly Situated,               )    NO. 3:10-0163
                                  )    Judge Echols/Brown
        Plaintiffs                )    Jury Demand
                                  )
v.                                )
                                  )
MALCAP MORTGAGE, LLC,             )
JOSH MALNOFSKI, JOHN MILLER,      )
SR. and JOHN MILLER, JR.,         )
                                  )
        Defendants                )
```

## O R D E R

A settlement conference was held in this matter on August 10, 2010. Following the settlement conference the parties had additional discussions and the Magistrate Judge has been advised that the parties have reached a settlement in principal in this matter and the terms of the settlement remain confidential. The parties have advised that it will take some time to complete the various details of the agreement.

The Plaintiffs are therefore directed to submit an agreed order for Judge Wiseman's consideration requesting this case be placed on the retired docket, subject to being reopened for good cause shown in the event the settlement agreement is not fully complied with, and the entry of any judgment or other action the parties have agreed to that will occur in the event the agreement is not complied with.

The parties should submit such an order for Judge Wiseman's consideration within **14 days** of the entry of this order.

It is so **ORDERED**.

    /s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge